JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
JANE KIRK
Assistant United States Attorney
402 East Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425
scot.nass@painehamblen.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIANNE WILLARD,<br><br>Defendant. | NO: CR-07-0094-LRS-7<br><br>**DEFERRED PROSECUTION AGREEMENT** |

## AGREEMENT FOR PRE-TRIAL DIVERSION

It appearing that you are reported to have committed an offense against the United States during 2002, in violation of Title 18, United States Code, Section 371, in that you did participate in a conspiracy to sell contraband cigarettes into Washington State, and it further appearing, after an investigation of the offense, and your background, that the interest of the United States and your own interest and the interest of justice will be served by the following procedure, therefore,

DEFERRED PROSECUTION AGREEMENT
P8116JK.JKA                                   1

On the authority of the Attorney General of the United States, by James A. McDevitt, United States Attorney for the Eastern District of Washington, prosecution in this District for this offense shall be deferred for a period of twelve months from the date of the signing of this agreement, provided you abide by the following conditions and the requirements of the program set out below:

Should you violate the conditions of this supervision, the United States Attorney may revoke or modify any conditions of this pre-trial diversion program or change the period of supervision which shall in no case exceed eighteen months. The United States Attorney may release you from supervision at any time. The United States Attorney may at any time within the period of your supervision initiate prosecution for this offense should you violate the conditions of this supervision and will furnish you with notice specifying the conditions of your program which you have violated.

If, upon completion of your period of supervision, a pre-trial diversion report is received to the effect that you have complied with all the rules, regulations and conditions above mentioned, no prosecution for the offense set out on page 1 of this agreement will be instituted in this District, and any indictment or information will be discharged.

Neither this agreement nor any other document filed

DEFERRED PROSECUTION AGREEMENT
P8116JK.JKA                                             2

with the United States Attorney as a result of your participation in the Pre-Trial Diversion Program will be used against you, except for impeachment purposes, in connection with any prosecution for the above described offense.

CONDITIONS OF PRE-TRIAL DIVERSION

1. You shall not violate any law (federal, state and local). You shall immediately contact your pre-trial diversion supervisor if arrested and/or questioned by any law enforcement officer.

2. You shall attend school or work regularly at a lawful occupation or otherwise comply with the terms of the special program described below. In the absence of a special program, when out of work or unable to attend school, you shall notify your program supervisor at once. You shall consult him/her prior to job or school changes.

3. You shall continue to live in the judicial district of Idaho. If you intend to move out of the district, you shall inform your supervisor so that the appropriate transfer of program responsibility can be made.

4. You shall report to your program supervisor as directed and keep him/her informed of your whereabouts.

5. You shall report to the United States Attorney's Office as directed and keep the United States Attorney informed of your whereabouts.

6.   You shall strive to achieve the desired goals of the program.

I, MARIANNE WILLARD, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also an aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an indictment, information, or complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an information or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for violation of Title 18, United States Code, Section 1341 for a period of twelve months, and to induce him to defer such prosecution I agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for

a period of fourteen months, which is the period of this Agreement plus two months to permit adequate time to prepare for trial, should this Agreement not be completed.

I hereby state that the above has been read by me. I understand the conditions of my pre-trial diversion and agree that I will comply with them.

_____     3-26/08
MARIANNE WILLARD                    DATE

_____     2/19/08
SCOT D. NASS                        DATE
Defendant's Attorney

_____     2/25/8
JANE KIRK                           DATE
Assistant United States Attorney

_____     3/26/
United States Probation Officer     DATE

APPROVED without passing judgment on the merits or wisdom of this diversion.

_____     3/31/08
LONNY R. SUKO                       DATE
United States District Court Judge

DEFERRED PROSECUTION AGREEMENT
P8116JK.JKA                         5

prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for a period of fourteen months, which is the period of this Agreement plus two months to permit adequate time to prepare for trial, should this Agreement not be completed.

10

I hereby state that the above has been read by me. I understand the conditions of my pre-trial diversion and agree that I will comply with them.

_____  2-14-2008
MARIANNE WILLARD                 DATE

15

16
_____  _____
SCOT D. NASS                     DATE
Defendant's Attorney

18

19
_____  _____
JANE KIRK                        DATE
Assistant United States Attorney

21

22

_____  _____
United States Probation Officer  DATE

24

25

APPROVED without passing judgment on the merits or wisdom of this

27
DEFERRED PROSECUTION AGREEMENT
P8116JK.JKA                              4